RECEIVED
APR 2 6 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:18-cr-0081 |
| VERSUS | : | JUDGE DRELL |
| CAMERON DESHOWN FAIRLEY | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 15] of the Magistrate Judge and in the transcript [doc. 16] previously filed herein, and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [doc. 15], and concurring with the finding of the Magistrate Judge under applicable law

**IT IS ORDERED** that the **GUILTY PLEA** entered by the defendant **CAMERON DESHOWN FAIRLEY** on April 25, 2018, before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

**THUS DONE** in Chambers this 26th day of April, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE